UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SLIMAN FARRAN and FADUL FARRAN dba JERUSALEM CAFÉ and JERUSALEM RESTAURANT and CAFE,

Plaintiffs,

v.

JIMI ABDULLAH JOUZINE,

Defendant.

Case No. C06-5116FDB

ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs have moved for a temporary restraining order and a preliminary injunction in this cause of action alleging that Defendant, a former employee of the Jerusalem Café, has misappropriated the Farrans' trade secrets in order to open a restaurant almost identical to the Farrans' Jerusalem Café in the same geographical area, using the Farrans' trade dress and trade secrets.  Plaintiffs state in their Motion that contemporaneously with the filing of this motion, Plaintiffs are providing notice of their Complaint, this Motion and Plaintiff's Emergency Motion for Expedited Discovery to Defendant by personal service.

NOW, THEREFORE, IT IS ORDERED:

1. Defendant shall have until Friday, March 24, 2006 at 4:00 p.m. to file a response to the motion.

2. Plaintiffs may file a reply March 27, 2006.

3. The Clerk shall note this matter for the Court's consideration on March 28, 2006.

DATED this 6th day of March, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1