UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SLIMAN FARRAN *et al.*,
dba Jerusalem Café, *et al.*,

    Plaintiffs,

v.

JIMI A. JOUZINE, dba Gaililee Cafe,

    Defendant.

Case No. C06-5116FDB

ORDER GRANTING MOTION TO WITHDRAW UPON SUBSTITUTION OF COUNSEL

Counsel moves to withdraw or to confirm substitution of counsel, the Court having earlier noted that a substitution of counsel alone (unless an attorney in the same law firm) is insufficient under Local Rule GR 2(g). While Counsel's approach may streamline the procedure, GR 2(g)(3) requires that an attorney's duty continues until there is a substitution and GR 2(g)(4)(A) requires that "no attorney shall withdraw an appearance in any cause civil or criminal, except by leave of court. Leave shall be obtained by filing a motion or a stipulation for withdrawal ... ."

Accordingly, Counsel Rylander now having moved to withdraw and substitute Cheryl R. G. Adamson of the law firm Rettig Osborne Forgette, LLP and having made the proper notifications to his client and opposing counsel, and Counsel Rylander stating that there is no objection, Counsel Rylander's Motion To Withdraw or To Confirm Substitution of Counsel [Dkt. # 58] is GRANTED.

SO ORDERED.

DATED this 12th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1